UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XOCHITL VILLANUEVA,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 4:18-cv-03853 |

## SECOND JOINT MOTION FOR AN EXTENSION OF TIME

Plaintiff Xochitl Villanueva and Defendant Allstate Insurance Company respectfully request that the Court grant a second extension of time for the parties to hold face-to-face "informal mediation," as required by the Court's Hearing Minutes and Order (Dkt. 20) entered on June 13, 2019. The parties have been actively discussing settlement, and exchanging documents and other information to assist them in anticipation of their in-person meeting to discuss settlement. The parties remain committed to trying to resolve this case amicably, and informally, without intervention of the Court. Accordingly, the parties respectfully request an additional thirty (30) days to allow for face-to-face "informal mediation" of this case. Good cause exists for the Court to grant this motion because the parties' failure to complete the informal mediation was not due to neglect of or hostility between the parties, but the volume of the evidence and relative complexity of the issues.

September 11, 2019.

                                                              */s/ Shane McClelland*
                                                              Shane McClelland
                                                              TX Bar No.: 24046383
                                                              SDTX Bar No.: 642324

CASE NO. 4:18-cv-03853

- 2 -

The Law Offices of Shane McClelland
24275 Katy Freeway, Suite 400
Katy, Texas 77494
Telephone: (713) 987-7107
Facsimile: (832) 827-4207
Email: Shane@hmtrial.com

*/s/ Nicholas S. Marsh*
Nicholas S. Marsh (pro hac vice)
Weisbrod Matteis & Copley PLLC
1200 New Hampshire Avenue NW, Suite 600
Washington, DC 20036
Telephone: (202) 804-6977
Facsimile: (202) 478-1795
Email: nmarsh@wmclaw.com

*Attorneys for Plaintiff*

AND

*/s/ J. Michael Pennekamp*
FOWLER, WHITE, BURNETT, P.A.
J. Michael Pennekamp
State Bar No. 983454
SDTX Bar No. 3337090
E-mail: jmp@fowler-white.com

Bruno Renda
State Bar No. 91971
SDTX Bar No. 3356219
E-mail: rendab@fowler-white.com

Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 728-7560

*Attorneys for Defendant*

CASE NO. 4:18-cv-03853

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Bruno Renda  
Bruno Renda

- 4 -

## SERVICE LIST

CASE NO. 4:18-cv-03931

| | |
|---|---|
| Nicholas S. Marsh, Esq.<br>Weisbrod Matteis & Copley PLLC<br>1200 New Hampshire Avenue NW<br>Suite 600<br>Washington, DC 20036<br>E-Mail: nmarsh@wmclaw.com<br>Telephone: (202) 804-6977<br>Attorney for Plaintiff | Shane McClelland, Esq.<br>The Law Offices of Shane McClelland<br>24275 Katy Freeway<br>Suite 400<br>Katy, TX 77494<br>E-Mail: shane@hmtrial.com;<br>Telephone: (713) 987-7107<br>Facsimile: (832) 827-4207<br>Attorney for Plaintiff |