United States District Court
Southern District of Texas
**ENTERED**
September 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XOCHITL VILLANUEVA,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 4:18-cv-03853 |

## ORDER

The Second Joint Motion for Extension of Time is **GRANTED.** It is hereby ordered that the parties have until October 11, 2019 to hold a face-to-face "informal mediation."

Signed in Houston, Texas on __September 12__, 2019.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE